UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ELSA MACIAS, | ) CV 12-00671-CJC (SH) |
| | ) |
| Plaintiff, | ) ORDER ACCEPTING REPORT ) AND RECOMMENDATION OF |
| | ) UNITED STATES MAGISTRATE |
| v. | ) JUDGE |
| | ) |
| MICHAEL J. ASTRUE, Comm. Social Security Administration, | ) ) ) |
| | ) |
| Defendant, | ) |

Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that (1) the Report and Recommendation is approved and accepting as the Fact and Conclusions of Law herein; and (2) Judgment be entered dismissing plaintiff's Complaint.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment by United States mail on the plaintiff and on the United States Attorney for the Central District of California.

DATED: 10/9/12

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE